UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SEP 11 2019

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>Lieu Thi TRAN,<br><br>               Defendant. | Magistrate Docket No.<br><br>'19MJ 3886<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, USC 1001 False Statement to Federal Officer |

The undersigned complainant being, duly sworn, states:

That on or about August 27, 2019, within the Southern District of California, defendant, Lieu Thi TRAN, did knowingly and willfully make a false, fictitious and fraudulent statement and representation as to a material fact in a matter within the jurisdiction of the U.S. Department of Homeland Security, a department and agency of the United States, in that she did represent and state to United States Border Patrol agents that she is a juvenile, whereas in truth and fact, as defendant then well knew and admitted thereof, those statements were false, fictitious and fraudulent when made, a felony, in violation of Title 18, United States Code, Section 1001.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Dexter J. Lopez
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 11th DAY OF September, 2019.

_____
JILL L. BURKHARDT
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Lieu Thi TRAN

## PROBABLE CAUSE STATEMENT

On August 27, 2019, Border Patrol Agent M. Danjer was conducting his assigned duties in the El Cajon Border Patrol Station's area of responsibility. Agent Danjer was wearing his full Border Patrol rough duty uniform. At approximately 3:02 PM, Agent Danjer was notified of a seismic intrusion device activation. Agent Danjer responded to the area where he discovered 15 individuals, including one later identified as the defendant, Lieu Thi TRAN, walking along the Border Road near an area known to Border Patrol agents as "the 122 Tower Marker." This area is located approximately 6.1 miles east of the Tecate, California Port of Entry, and approximately 200 yards north of the United States/Mexico International Boundary. Agent Danjer attempted to conduct an immigration inspection, when asked where they were from one of the individuals stated "Vietnam," however the group was unable to communicate further in the English language. Agent Danjer followed the groups shoe prints to where they appeared to have entered the United States illegally. At approximately 3:50 PM, Agent Danjer placed all 15 individuals, including TRAN, under arrest.

During administrative proceedings, TRAN presented a photocopy of a Vietnamese passport with a stated date of birth of February 27, 2002. Additionally, TRAN stated that she was a citizen and national of Vietnam without proper immigration documents which would allow her to enter or remain in the United States legally. Department of Homeland Security (DHS) record systems revealed that TRAN presented a passport when she entered Mexico City, Mexico, via air, from Chile. This passport reveals that TRAN's date of birth is February 27, 1994. TRAN was interviewed multiple times where she reiterated that she was born on February 27, 2002.

On August 28, 2019, the defendant was advised of her Miranda rights. The defendant stated that she understood her rights and was willing to answer questions without an attorney present. TRAN was advised that it was a crime to lie to federal law enforcement. TRAN stated she understood. TRAN was presented with the information from DHS records. TRAN stated the name and photograph were correct, and maintained that her date of birth is February 27, 2002. TRAN also stated that the copy of her passport she provided is true and unaltered. TRAN stated that she flew from Seoul, South Korea, to Cancun, Mexico, where she took a taxi to the International Border. TRAN claimed that the tour manager kept her passport when she was in Vietnam. TRAN's physical appearance does not match that of her claimed date of birth of February 27, 2002. On September 2, 2019, Assistant Regional Security Officer-Investigations, J. Ricketts, with the United States Consulate General of Ho Chi Minh city, Vietnam was contacted. Ricketts stated that the Vietnamese Immigration Authorities confirmed that their records show TRAN's date of birth is February 27, 1994.